UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOSUE ROMERO, on behalf of himself and
all others similarly situated,

                    Plaintiffs,                           **ORDER**

        - against -                     20 Civ. 8301 (ER)

GREEN GRASS FOODS, INC.,

                    Defendant.
--------------------------------------------------------X

Ramos, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within sixty (60) days** of the date hereof.

        Any application to reopen must be filed **within sixty (60) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next sixty (60) days** with a request that the agreement be "so ordered" by the Court.

SO ORDERED.


Dated:  New York, New York
       December 2, 2020

                                  _____
                                    Edgardo Ramos, U.S.D.J.